IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNA STONE | * |
| | * |
| PLAINTIFF | * |
| VS. | *    CIVIL ACTION NO. _____ |
| | * |
| FREDERICK J. HANNA & ASSOCIATES, P.C. | *    COMPLAINT AND |
| AND FREDERICK J. HANNA | *    DEMAND FOR A JURY TRIAL |
| DEFENDANTS | * |

**COMPLAINT**

I. Introduction

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Anna Stone, is a natural person who resides in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Frederick J. Hanna & Associates, P.C. (hereinafter referred to as "Hanna & Associates") is a foreign corporation practicing law in Georgia, whose principal office is located at 1655 Enterprise Way, Marietta, Georgia, and whose registered agent for service of process is Frederick J. Hanna, 1655 Enterprise Way, Marietta, Georgia 30067. Hanna & Associates, at all

times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

6. Defendant, Frederick J. Hanna (hereinafter referred to as "Hanna") is an attorney whose office is located at 1655 Enterprise Way, Marietta, Georgia 30067. Hanna, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

7. On or about December 27, 2006 an employee of Hanna & Associates and under the direction of Hanna ("defendants") spoke with Ms. Stone about a debt Mr. Cobb allegedly owed on a credit card in the amount of $19,534.01.

8. This debt arose from a credit card which was used for personal purposes.

9. During this conversation, defendants threatened to sue Ms. Stone by the end of December 2006, if she did not settle it prior to that date, and would send it to a local attorney in Louisiana to file this suit.

10. No suit has been filed against Ms. Stone for this alleged debt since that conversation.

11. They also told Ms. Stone this account would remain on her credit report for ten years.

12. They also told Ms. Stone they would add "back interest" if she did not pay it by the end of 2006.

13. These and other representations are false, deceptive and/or misleading..

**DEFENDANTS' PRACTICES**

14. Defendants violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), and 1692e(10).

15. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendants Frederick J. Hanna & Associates, P.C. and Frederick J. Hanna for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
    **GARTH J. RIDGE**
    Attorney for Plaintiff
    Bar Roll Number: 20589
    251 Florida Street, Suite 301
    Baton Rouge, Louisiana 70801
    Telephone Number: (225) 343-0700
    Facsimile Number: (225) 343-7700
    E-mail: GarthRidge@aol.com