## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNA STONE | * |
| | * |
|     PLAINTIFF | * |
| VS. | *   CIVIL ACTION NO.07-965-FJP-DLD |
| | * |
| FREDERICK J. HANNA & ASSOCIATES, P.C. | * |
| AND FREDERICK J. HANNA | * |
|     DEFENDANTS | * |

### NOTICE OF DISMISSAL OF
### FREDERICK J. HANNA PURSUANT TO RULE 41(a)(1)(i)

NOW INTO COURT, through undersigned counsel, comes Anna Stone, plaintiff herein, who dismisses her claims against Frederick J. Hanna pursuant to Rule 41(a)(1)(i), without prejudice.

    s/Garth J. Ridge
    **GARTH J. RIDGE**
    Bar Roll Number: 20589
    Attorney for Plaintiff
    251 Florida Street, Suite 301
    Baton Rouge, Louisiana 70801
    Telephone Number: (225) 343-0700
    Facsimile Number: (225) 343-7700
    E-mail: GarthRidge@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing to defendant Frederick J. Hanna.

    s/Garth J. Ridge
    **GARTH J. RIDGE**
    Bar Roll Number: 20589
    Attorney for Plaintiff
    251 Florida Street, Suite 301
    Baton Rouge, Louisiana 70801
    Telephone Number: (225) 343-0700
    Facsimile Number: (225) 343-7700
    E-mail: GarthRidge@aol.com